UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GUEVARA, et al.,

                         Plaintiffs,

     -against-                                ORDER

1317 RESTAURANT CO LLC, et al.,            16 Civ. 9442 (GBD)

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement and dismissing the case. (ECF No. 74.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $265,000.00, minus lawful withholdings and deductions to be paid on an IRS Form W-2, is approved;

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $88,333.33 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
        December 14, 2018

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge